# UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF OHIO, WESTERN DIVISION AT DAYTON

TARA ECKLER,

    Plaintiff,

vs.

PFIZER, INC., et al.

    Defendants.

Case No. 3:20-cv-492
Judge Michael J. Newman

## PLAINTIFF'S MOTION TO DISMISS WITHOUT PREJUDICE

Now comes Plaintiff Tara Eckler, by and through counsel and respectfully requests that this Court allow her to dismiss her instant Complaint without prejudice, as Plaintiff has been advised about an agreement she executed during employment with Defendant Pfizer requiring her to submit employment discrimination claims to arbitration.

Respectfully submitted,

DUWEL LAW

*/s/ David M. Duwel*
DAVID M. DUWEL (0029583)
130 West Second Street, Suite 2101
Dayton, Ohio 45402
(937) 297-1154 Telephone
(937) 297-1152 Facsimile

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the pleading was served pursuant to this Court's electronic filing and service procedures, this 29th day of March 2021.

/s/ David M. Duwel<br>DAVID M. DUWEL (0029583)